1
2
3
4
5
6   IN THE UNITED STATES DISTRICT COURT
7   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,         )   No. CR 08-0724 JL
                                      )
9              Plaintiff,             )   ~~(Proposed)~~ **ORDER CONTINUING**
    vs.                               )   **SENTENCING HEARING**
                                      )
10  JAMES SAUNDERS,                   )
                                      )
11             Defendant.             )
                                      )
12                                    )
                                      )
13  _____    )

14      CAUSE APPEARING, it is ordered that:

15      1.  The date for defendant's sentencing hearing shall be continued to ~~May 2~~ June 3, 2010,

16  at 11:00 a.m., to allow sufficient time for the parties to complete the obligations of the plea

17  agreement.

18  SO ORDERED.

19  DATED: March 11, 2010                    _____
20                                           JAMES LARSON
                                             United States Magistrate Judge

1